IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAVLO ZINKEVYCH, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-CV-1149-K-BW |
| | § | |
| JOSH JOHNSON, Acting Field Office | § | |
| Director (Dallas), Immigration and | § | |
| Customs Enforcement, et al., | § | |
|     Respondents. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (*See* Dkt. No. 13.) Petitioner filed Objections (Doc. No. 14). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **DENIES** Petitioner's habeas petition (Dkt. No. 1), and having resolved the matter on the merits, **DENIES** the Motion for TRO (Dkt. No. 10) and all other pending motions as moot.

The Court will by separate order enter judgment **DISMISSING** Petitioner's habeas claims with prejudice.

SO ORDERED.

Signed February 2ⁿᵈ, 2026.

                                        _Ed Kinkeade_____
                                        ED KINKEADE
                                        UNITED STATES DISTRICT JUDGE