IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAVLO ZINKEVYCH, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-CV-1149-K-BW |
| | § | |
| JOSH JOHNSON, Acting Field Office | § | |
| Director (Dallas), Immigration and | § | |
| Customs Enforcement, et al., | § | |
|     Respondents. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner Pavlo Zinkevych's Petition for a Writ of Habeas Corpus and Request for Release from Detention (Dkt. No. 1) is **DENIED**, and Petitioner's habeas claims are **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Signed February 2nd, 2026.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE